**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PENTHOUSE CLUBS
WORLDWIDE, LLC

Judgment Creditor,

v. CASE NO.:

PENTHOUSE HOUSTON, LLC and
ROBERT "BOBBY" HARRISON

Judgment Debtors.
_______________________________________/

**NOTICE OF REGISTRATION OF FOREIGN JUDGMENT PURSUANT TO 28 U.S.C. § 1963**

**TO THE HONORABLE CLERK OF THIS COURT:**

**NOW INTO COURT** comes judgment creditor, Penthouse Clubs Worldwide, LLC ("PCW"), who hereby requests that, pursuant to 28 U.S.C. § 1963, this Honorable Court take notice and acknowledge PCW's registration in this District of the final judgment entered in its favor on July 31, 2026 by the United States District Court for the Eastern District of Louisiana ("EDLA") in *Penthouse Clubs Worldwide, LLC v. Penthouse Houston, LLC, et al.*, Civil Action No. 2:23-cv- 07026-BWA-DPC (E.D. La.), R. Doc. 33 (the "Judgment"). In support, PCW respectfully states as follows:

1. On July 31, 2026, the Honorable Barry W. Ashe, United States District Judge for the EDLA, entered the Judgment in favor of PCW and against judgment

debtors, Penthouse Houston, LLC and Robert "Bobby" Harrison, jointly, severally, and *in solido*, in the total amount of $747,481.81, comprised of the following:

| | |
|---|---|
| a. Unpaid royalties | $450,000.00 |
| b. Interest on unpaid royalties | $148,505.00 |
| c. Attorneys' fees (as substantially prevailing party) | $112,962.50 |
| d. Non-AAA costs and expenses | $28,456.81 |
| e. Respondents' apportioned share of AAA administrative fees and arbitrator compensation in excess of PCW's apportioned costs | $7,577.50 |
| **TOTAL** | **$747,481.81** |

2. The Judgment further orders that post-judgment interest shall accrue on the judgment amount at the rate provided by 28 U.S.C. § 1961 from the date of entry of the Judgment until paid in full.

3. Here, PCW represents the judgment is final as the time for appeal has expired, no notice of appeal has been filed, and no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before the rendering court, as certified by the Clerk of the United States District Court for the EDLA on September 1, 2026. *See* **Exhibit A**.

4. Filed contemporaneously herewith as **Exhibit "A"** is the EDLA Clerk's Certification of a Judgment to be Registered in Another District, Form AO 451, executed and sealed by the Clerk of the EDLA on September 1, 2026, together with the certified copy of the Judgment attached thereto.

5. The names and last known addresses of the parties are as follows:

**Judgment Creditor:**

Penthouse Clubs Worldwide, LLC
201 St. Charles Avenue
New Orleans, Louisiana 70170

**Judgment Debtors:**

Penthouse Houston, LLC
9930 North Freeway
Houston, Texas 77037

Robert "Bobby" Harrison
9930 North Freeway
Houston, Texas 77037

6. Upon information and belief, Judgment debtor, Penthouse Houston, LLC, transacts business and maintains property within this District, and/or judgment debtor, Robert "Bobby" Harrison, resides and/or maintains property, transacts business, operates LLCs as a sole member/manager and/or member/manager, and/or operates corporations as a corporate shareholder/board member, within this District and/or throughout the State of Florida.

7. As of the date of this filing, September 4, 2026, the Judgment remains wholly unsatisfied. As of the date of this filing, the amount due and owed by the judgment debtors, jointly, severally, and *in solido* is $747,481.81, plus post-judgment interest accruing under 28 U.S.C. § 1961.

8. Upon registration, the Judgment shall have the same effect as a judgment of this Court and may be enforced in like manner pursuant to 28 U.S.C. § 1963. PCW

intends to pursue enforcement in this District, including through post-judgment discovery under Fed. R. Civ. P. 69(a)(2), and to utilize execution and other remedies available under applicable Florida state law and federal law as made applicable by Fed. R. Civ. P. 69(a)(1).

**WHEREFORE** judgment creditor, Penthouse Clubs Worldwide, LLC, respectfully requests the Clerk of Court for the Middle District of Florida register the Judgment in this District, assign a miscellaneous action number, and that the Judgment be enforceable as a judgment of this Court to the same extent as if entered herein.

Respectfully submitted,

TRAVIS L. GARRISON, Esq.
Florida Bar No. 111504
GARRISON, YOUNT, FORTE
& MULCAHY, L.L.C.
601 Bayshore Boulevard, Suite 800
Tampa, Florida 33606
Email: tgarrison@garrisonyout.com
Telephone: (504) 527-0680
Facsimile: (504) 527-0686